EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 1 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00139 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. § 841] |
| JAMIE SCOTT SANTOS, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 19, 2004, in the District of Hawaii, the defendant, JAMIE SCOTT SANTOS, did knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 55.19 grams, (gross weight), a Schedule II controlled substance.

    All in violation of Title 21, United States Code, Section 841.

    DATED: _April 1_____, 2004, Honolulu, Hawaii.

                                  A TRUE BILL

                                  /s/

                              FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Jamie Scott Santos
Cr. No. _____
"Indictment"

2